PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kimberly Harris                                   Cr.: 12-00774-001
                                                                    PACTS #: 64231

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/07/2013

Original Offense: 18:641.F; Theft of Government Money

Original Sentence: 60 months probation

Special Conditions: Special Assessment - $100, Restitution - $44,800.25, 8 Months Location Monitoring Program, Mental Health Treatment, New Debt Restrictions, Community Service – 20 hours per week

Type of Supervision: 1 year of supervised release following violation of probation
Date Supervision Commenced: 11/27/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender's term of supervised release is scheduled to expire on November 26, 2018, with an outstanding restitution balance of $44,800.25. The offender is unable to fully satisfy the balance prior to the scheduled date of expiration. She has paid $25 towards her special assessment. |

U.S. Probation Officer Action:
We are requesting that the offender's supervised release term be allowed to expire on November 28, 2018. The Financial Litigation Unit of the United State's Attorney's Office will pursue collection of the remaining balance.

Respectfully submitted,

By: Maria Goodwater
U.S. Probation Officer
Date: 04/25/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] Allow Term of Supervised Release to Expire on November 28, 2018 as Scheduled
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer

May 10, 2018
_____
Date